

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**February 18, 2022 14:38**

By: KYLE R. WRIGHT 0086689

Confirmation Nbr. 2477744

| | |
|---|---|
| STACY D. KINGSBORO | CV 22 959775 |
| vs. | |
| P.A.M. CARTAGE CARRIERS, LLC, ET AL | Judge: CASSANDRA COLLIER-WILLIAMS |

Pages Filed: 7

EXHIBIT B

IN THE COMMON PLEAS COURT OF CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| STACY D. KINGSBORO<br>663 Woodside Avenue<br>Vermilion, OH 44089<br><br>        Plaintiff,<br><br>vs.<br><br>P.A.M. CARTAGE CARRIERS, LLC<br>c/o Randy Engelhart<br>1450 North Bailey Road<br>North Jackson, OH 44451<br><br>and<br><br>P.A.M. TRANSPORT, INC.<br>c/o Angela R. Clark<br>HWY 412 West<br>Tontitown, AR 72770<br><br>and<br><br>ROBERT A. BURKEE<br>2121 County Route 102<br>Woodhull, NY 14898<br><br>        Defendants. | Case No.:<br><br>JUDGE:<br><br>**COMPLAINT WITH JURY DEMAND**<br>**ENDORSED HEREON**<br><br><br><br><br><br><br><br>Kyle R. Wright (0086689)<br>**KADEMENOS, WISEHART, HINES,**<br>**DOLYK & WRIGHT CO. LPA**<br>502 West Washington Street<br>Sandusky, OH  44870<br>Phone: (419) 625-7770<br>Facsimile: (419) 502-9477<br>Email: kylew@ohattorneys.com<br>Attorney for Plaintiff |

Now comes the Plaintiff, Stacy Kingsboro, and for her Complaint against Defendants P.A.M. Cartage Carriers, LLC, P.A.M. Transport, Inc., and Robert Burkee, and states that:

## PRELIMINARY STATEMENT

1. Defendants' tractor-trailer was observed by multiple witnesses on I-480 blowing past vehicles, weaving in and out of traffic and cutting off other vehicles, before crashing into Stacy Kingsboro, causing her to spin out of control and smash into the guard rail.

## PARTIES

2. Plaintiff Stacy Kingsboro is an adult individual who resides at 663 Woodside Avenue, Vermilion, OH 44089.

3. Defendant P.A.M. Cartage Carriers, LLC is an Ohio corporation with its headquarters and principal place of business in North Jackson, Ohio.

4. Defendant P.A.M. Cartage Carriers, LLC is a for-hire motor carrier operating commercial motor vehicles transporting property in interstate commerce. It is registered with the Federal Motor Carrier Safety Administration with a USDOT number of 616877.

5. Defendant P.A.M. Transport, Inc. is a Tontitown, Arkansas corporation with its headquarters and principal place of business in Tontitown, Arkansas. Daniel Cushman is the CEO of P.A.M. Transport, Inc. Joseph Vitiritto is the President of P.A.M. Transport, Inc.

6. Defendant P.A.M. Transport, Inc. is a for-hire motor carrier and a registered broker operating commercial motor vehicles transporting property in interstate commerce. It is registered with the Federal Motor Carrier Safety Administration with a USDOT number of 179752.

7. Defendant Robert Burkee is an adult individual who resides at 2121 County Route 102, Woodhull, NY 14898. At all times herein, Robert Burkee was acting in the course and scope of his employment with P.A.M. Cartage Carriers, LLC and/or P.A.M. Transport, Inc.

## VENUE

8. Venue is proper under Ohio Civ. R. 3(C)(6) as the events giving rise to the causes of action herein occurred within Cuyahoga County.

## BACKGROUND FACTS

9. On February 23, 2020, Plaintiff Stacy Kingsboro was driving a 2014 Chevrolet Malibu westbound on I-480 in the center lane in North Olmsted, Ohio.

10. On the same date and time, Defendant Robert Burkee was driving a tractor-trailer westbound on I-480 in the left lane in North Olmsted, Ohio.

11. As Stacy Kingsboro was approaching the Stearns Road overpass, Defendant Robert Burkee weaved right into the center lane and slammed into the rear side of Ms. Kingsboro's vehicle.

12. The force from the collision caused Ms. Kingsboro's vehicle to spin out of control, smash into the side of Defendant Robert Burkee's tractor-trailer, and then into the guard rail.

13. At the time of the collision, Robert Burkee was acting in the course and scope of his employment with P.A.M. Cartage Carriers, LLC.

14. At the time of the collision, Robert Burkee was an agent and/or employee of P.A.M. Transport, Inc.

15. The tractor-trailer driven by Robert Burkee on February 23, 2020 was owned by P.A.M. Cartage Carriers, LLC.

## FIRST CAUSE OF ACTION
*Negligence of Defendant Robert Burkee*

16. All background facts, allegations, and causes of action in this complaint, pled above and below, are incorporated into this cause of action by reference.

17. Defendant Robert Burkee had a duty to drive his semi-tractor trailer in safe and reasonable manner, to obey all traffic laws, to identify other vehicles on the road, including Stacy Kingsboro's vehicle, and to recognize and yield to traffic.

18. On February 23, 2020, Defendant Robert Burkee failed in the above-mentioned duties and is therefore negligent.

19. Defendant Robert Burkee's negligence was the direct and proximate cause of Stacy Kingsboro's injuries, including but not limited to multi-level herniated discs at C5-C6 and C6-C7.

20. Plaintiff's injuries and damages are permanent.

21. Plaintiff has incurred medical bills for the treatment of her injuries directly resulting from this collision.

22. As a direct and proximate cause of Defendant Robert Burkee's negligence, Plaintiff experienced physical and mental pain and suffering and has lost the ability to perform her usual activities, resulting in a diminished quality of life.

23. Defendant Robert Burkee's actions demonstrate a conscious disregard for the rights and safety of Plaintiff Stacy Kingsboro, acting with reckless indifference to the consequences to others despite being aware of his conduct and knowing there was a great probability of causing substantial harm. Plaintiff demands punitive damages against Defendant Robert Burkee.

**SECOND CAUSE OF ACTION**
*Vicarious Liability of P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc.*

24. All background facts, allegations, and causes of action in this complaint, pled above and below, are incorporated into this cause of action by reference.

25. At all times pertinent hereto, Defendant Robert Burkee was the employee, agent, servant, or independent contractor for Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. Accordingly, Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. are vicariously liable for the acts of Defendant Robert Burkee as described in the causes of action herein.

26. Regardless of the employment or agency relationship, Defendant P.A.M. Cartage Carriers, LLC is an interstate motor carrier and the registered owner of the USDOT number 616877 displayed on the tractor-trailer involved in this collision and is therefore responsible for the acts of the Defendant driver.

## THIRD CAUSE OF ACTION
*Negligence of Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc.*

27. All background facts, allegations, and causes of action in this complaint, pled above and below, are incorporated into this cause of action by reference.

28. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. had a duty to act reasonably in hiring, instructing, training, supervising, and retaining all drivers operating under its federal motor carrier operating authority and other employees and agents, including Defendant Robert Burkee, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicle were reasonably safe. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. had a duty to exercise reasonable care in all of its actions and omissions.

29. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

30. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc. failed in their duties and are therefore negligent.

31. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc.'s negligence was the direct and proximate cause of Plaintiff's injuries and damages described in this complaint.

32. Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc.'s actions demonstrate a conscious disregard for the rights and safety of Plaintiff Stacy Kingsboro and the rest of the motoring public, acting with reckless indifference to the consequences to others despite being aware of its conduct and knowing there was a great probability of causing substantial harm. Accordingly, Plaintiff demands punitive damages against Defendants P.A.M. Cartage Carriers, LLC and P.A.M. Transport, Inc.

**WHEREFORE**, Plaintiff demands judgment against Defendants P.A.M. Cartage Carriers, LLC, P.A.M. Transport, Inc., and Robert Burkee in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) on all of the causes of action above; punitive damages; interest and costs of this action; and any other and further relief this Court deems just and equitable.

Respectfully submitted,

/s/ Kyle R. Wright
Kyle R. Wright (0086689)
KADEMENOS, WISEHART, HINES,
DOLYK & WRIGHT CO. LPA
Attorney for Plaintiff Stacy Kingsboro

## INSTRUCTIONS TO THE CLERK

Please serve a copy of this Complaint upon all Defendants by U.S. Certified Mail, return receipt requested at the address shown in the caption of the Complaint.

/s/ Kyle R. Wright
Kyle R. Wright (0086689)
KADEMENOS, WISEHART, HINES,
DOLYK & WRIGHT CO. LPA
Attorney for Plaintiff Stacy Kingsboro

## JURY DEMAND ENDORSED HEREON

Plaintiff demands a Trial by Jury on all the issues presented in this Complaint.

/s/ Kyle R. Wright
Kyle R. Wright (0086689)
KADEMENOS, WISEHART, HINES,
DOLYK & WRIGHT CO. LPA
Attorney for Plaintiff Stacy Kingsboro